# United States District Court

Central Division for the District of Utah

Pola et al
v.
State of Utah et al

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 2:11cv95

Having considered the application to proceed without prepayment of fees under 28 U.S.C. 1915;

IT IS ORDERED that the application is:

[☒] GRANTED.

[ ] DENIED, for the following reasons:

*Mr. Pola says he has $17,000 in assets.*

ENTER this 24 day of Jan, 20__

_____
Signature of Judicial Officer

Paul M. Warner, U.S. Magistrate Judge
*Name and Title of Judicial Officer*