February 9, 2011

United States District Court
For the District of Utah
350 South Main
Salt Lake City UT  84101

FILED
U.S. DISTRICT COURT

2011 FEB 10  P 3: 49

DISTRICT OF UTAH

BY:_____
    DEPUTY CLERK

Re:   Case: 2: 11-cv-00095
      Assigned to: Campbell, Tena
      Assign. Date : 01/24/2011
      Description: Pola et al v. State of Utah, The et al

To Whom it May Concern:

This letter is my response to the summons in the referenced civil action, which I received on February 9, 2011.

I deny all allegations included in this lawsuit.

Sincerely,

Fred W. Pola
1034 East 2250 North
Lehi, Utah 84043